IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-1666 |
| | : | |
| DELAWARE COUNTY | : | |
| GOVERNMENT, *et al.* | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 17th day of July, 2024, upon consideration of Plaintiff Alton D. Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 8), it is **ORDERED** that:

1. Brown's Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Brown seeks to proceed with this case, he shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Brown pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Brown pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Brown fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                                                    **BY THE COURT:**

                                                    /s/ Juan R. Sánchez
                                                    **JUAN R. SÁNCHEZ, J.**